Cite as 2021 Ark. App. 397

# ARKANSAS COURT OF APPEALS

DIVISION I

**No.** CR-20-655

| | |
|---|---|
| MARY CHOATE<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS & T.J.<br>APPELLEES | **Opinion Delivered** October 20, 2021<br><br>APPEAL FROM THE MILLER COUNTY CIRCUIT COURT [NO. 46JV-19-112]<br><br>HONORABLE KIRK JOHNSON, JUDGE<br><br>REVERSED AND DISMISSED IN PART; DISMISSED IN PART |

## RITA W. GRUBER, Judge

Mary Choate appeals from an order entered on October 30, 2020, by the Miller County Circuit Court finding her in criminal contempt for conduct that occurred in the courthouse hallway during juvenile proceedings on August 21, 2019. She also appeals a restraining order entered on September 5, 2019, arising out of the same conduct. Because she did not timely appeal from the restraining order or designate the order in her notice of appeal, we dismiss the appeal related to that order. Regarding the October 2020 order finding her in contempt, she argues that the evidence did not rise to the level of contemptuous conduct and that the court erred in finding her in contempt. Because the facts, issues on appeal, and arguments are identical to those presented in *Choate v. State*, 2021 Ark. App. 402, which we also hand down today, we find it unnecessary to restate them

herein. Furthermore, on the basis of our reasoning set forth in the companion case, we reverse and dismiss.

Reversed and dismissed in part; dismissed in part.

WHITEAKER and VAUGHT, JJ., agree.

*Jason Owens Law Firm, P.A.*, by: *Jason E. Owens*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Rachel Kemp*, Sr. Ass't Att'y Gen., for appellee.